Ed. HELMS v. STATE. (No. 7662.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from District Court, Houston County; W. R. Bishop, Judge. Madden & Denny, of Crockett, for appellant. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The death of the appellant having been made known to this court by the affidavit of O. B. Hale, sheriff of Houston county, it is ordered that the appeal be abated.

---

Clyde HICKS v. STATE. (No. 8363.) (Court of Criminal Appeals of Texas. May 14, 1924.) Appeal from Tyler County Court; G. C. Bradfield, Judge. J. A. Mooney, of Woodville, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful carrying of brass knucks; punishment fixed at a fine of $100. The indictment appears regular. Nothing is brought forward for review by way of bill of exceptions or statement of facts. No error has been discovered or pointed out. The judgment is affirmed.

---

Will KING v. STATE. (No. 8228.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from Lamar County Court; W. Dewey Lawrence, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the county court of Lamar county of the offense of slander, and his punishment fixed at a fine of $100. Pending the submission of this case in this court, it is made to appear by proper affidavit filed herein that the fine and costs adjudged against appellant as punishment in the court below have been fully paid. This fact appearing, the appeal will be abated; and it is so ordered.

---

E. McFARLAND v. STATE. (No. 8534.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the theft of an automobile; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without bills of exception or statement of facts. The indictment is regular. The judgment is affirmed.

---

Jim McGOWEN v. STATE. (No. 8253.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from District Court, Polk County; J. L. Manry, Judge. Tom Garrard,

State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The state's witness Coker testified that in February, 1922, he purchased from the appellant a pint of liquor. There is no testimony controverting this fact. The case was tried upon a plea of guilty. There is nothing in the record attacking the sanity of the accused, or otherwise calling in question the propriety of accepting the plea. The charge of the court, the verdict, and judgment are regular. The evidence is sufficient to support the verdict. The judgment is affirmed.

---

Jack RACHEL v. STATE. (No. 8235.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from District Court, Bowie County; Hugh Carney, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor, with punishment fixed at one year in the penitentiary. No objections appear to have been urged to the charge of the court, and no exceptions reserved to any proceeding during the trial. The alleged purchaser testified positively to a sale of whisky by appellant, and the evidence of two officers who witnessed their conduct strongly supports the main state witness. Appellant denied making any sale of whisky, and if the jury had accepted his testimony and that of his witnesses as true, an acquittal would have followed; but the jury accepted the state's evidence as reflecting the true state of facts, and it fully warrants the verdict. The judgment is affirmed.

---

H. I. RUMFIELD v. STATE. (No. 8063.) (Court of Criminal Appeals of Texas. April 30, 1924.) Appeal from District Court, Coleman County; J. O. Woodward, Judge. Snodgrass & Dibrell and Critz & Woodward, all of Coleman, for appellant. Walter U. Early, Dist. Atty., of Brownwood, Baker & Weatherred, of Coleman, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Upon conviction for aggravated assault, punishment was fixed at confinement in jail for six months. It is made to appear by proper affidavit that, since appeal to this court was perfected, on, to wit, the 11th day of April, 1924, appellant died. The appeal is ordered abated.

---

Bill TAYLOR v. STATE. (No. 8545.) (Court of Criminal Appeals of Texas. April 30, 1924.) Appeal from District Court, Rusk County; Chas. L. Brachfield, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for possessing intoxicating liquor for the purpose of sale. In the absence of bills of exception and statement of facts, no question is presented for review. An affirmance of the judgment is ordered.